THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Carmichael Trevon Flowers, Appellant.
 
 
 

Appeal From Florence County
 Ralph King Anderson, Jr., Special Circuit
Court Judge

Unpublished Opinion No.  2011-UP-404
 Submitted August 15, 2011  Filed August
25, 2011  

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Carmichael
 Trevon Flowers appeals his convictions for malicious injury to real property,
 malicious injury to personal property, and criminal domestic violence, arguing
 the trial court erred in allowing his trial counsel to continue to represent
 him after he indicated a desire to waive his right to counsel and proceed pro
 se.  Additionally, Flowers asserts numerous pro se arguments.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, PIEPER, and LOCKEMY,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.